IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
(ATLANTA)

| | | |
|---|---|---|
| IN RE: | ) | CASE NO. 19-50773 |
| KRISTIE MICHELLE SEALS | ) | CHAPTER 13 |
| | ) | |
| Debtor. | ) | JUDGE CRAIG |
| _____ | ) | |
| HAVENBROOK HOMES, AS AGENT FOR RHA 1, LLC | ) ) | |
| | ) | |
| Movant | ) | CONTESTED MATTER |
| v. | ) | |
| | ) | |
| KRISTIE MICHELLE SEALS, Debtor | ) | |
| | ) | |
| MELISSA J. DAVEY, TRUSTEE, | ) | |
| | ) | |
| Respondents. | ) | |

## NOTICE OF HEARING

**PLEASE TAKE NOTICE** that **Movant HAVENBROOK HOMES, AS AGENT FOR RHA 1, LLC** has filed a **Motion for Relief from Automatic Stay** with the Court in the above-referenced matter, seeking an order lifting the automatic stay as to certain real property located 4633 Devencrest Lane, Buford, Gwinnett County, GA 30519.

**PLEASE TAKE FURTHER NOTICE** that the Court will hold a hearing on the **Motion for Relief From Automatic Stay** in Courtroom 1204, United States Courthouse, 75 Ted Turner Drive, SW, Atlanta, Georgia 30303 at **1:15 P.M. (ET)** on **Tuesday, March 5, 2019.**

Your rights may be affected by the court's ruling on these pleadings. You should read these pleadings carefully and discuss them with your attorney, if you have one in this bankruptcy case. (If you do not have an attorney, you may wish to consult one.) If you do not want the court to grant the relief sought in these pleadings or if you want the court to consider your views, then you and/or your attorney must attend the hearing. You may also file a written response to the pleading with the Clerk at the address stated below, but you are not required to do so. If you file a written response, you must attach a certificate stating when, how and on whom (including addresses) you served the response. Mail or deliver your response so that it is received by the Clerk at least two (2) business days before the hearing. The address of the Clerk's Office is: Clerk, U.S. Bankruptcy Court, Suite 1340, 75 Ted Turner Drive, SW, Atlanta, Georgia. You must also mail a copy of your response to the undersigned at the address stated below.